UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| SHERRY LYNN STOCKUM, | ) | CIVIL ACTION NO. 1:18-CV-2061 |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1) The stay authorized by this Court on July 12, 2019 (Doc. 22) is LIFTED.

(2) The final decision of the Commissioner denying Plaintiff's applications is VACATED.

(3) This case is REMANDED to the Commissioner to conduct a new administrative hearing before a constitutionally appointed ALJ other than ALJ Richard Zack, who presided over Plaintiff's first hearing.

(4) Final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

(5) The clerk of court is directed to CLOSE this case.

Date: April 3, 2020          BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge