# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY LYNN STOCKUM | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:18-CV-2061 |
| | : | |
| vs. | : | |
| | : | |
| ANDREW SAUL, | : | |
| *COMMISSIONER OF SOCIAL* | : | |
| *SECURITY ADMINISTRATION* | : | |
| | : | |
| Defendant. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($_____), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

**X** OTHER: Final judgment is entered in favor of Plaintiff and against Defendant pursuant to Fed.R.Civ.P. 58.

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
**X** decided by Judge William I. Arbuckle pursuant to Memorandum Opinion and Order of Court dated 4/3/2020 [ECF Doc. #25, #26 ].

Dated: 4/3/2020       Peter Welsh, Clerk of Court
                      By: s/Lisa A. Gonsalves, deputy